IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KELLY A. BARNETT**,

    Plaintiff,

v.

**UBIMODO, INC., et al,**

    Defendants.

**Civ. No. 6:18-cv-418-MC**

**JUDGMENT**

**MCSHANE, Judge**:

    Based on the record, judgment for Defendants.

IT IS SO ORDERED.

    DATED this 26th day of February, 2020.

    _____/s/ Michael J. McShane_____
    Michael McShane
    United States District Judge

1 – JUDGMENT